UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHNNIE FELTON,

                Plaintiff,

v.

PLUG POWER INC.,

                Defendant.

**STIPULATION OF DISCONTINUANCE**

Civil Action No.:
1:23-cv-00887 (LEK/ML)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the *pro se* Plaintiff and attorney of record for all the Defendant to the above-captioned action, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 5/23/2025

By: *Johnnie Felton*
Johnnie Felton
23 Indiana Street
Hicksville, New York 11801
*Plaintiff*

Dated: 6/2/2025

BOND, SCHOENECK & KING, PLLC

By: *Paul J. Buehler, III*
Paul J. Buehler, III, Esq.
22 Corporate Woods Blvd., Suite 501
Albany, NY 12211
Telephone: (518) 533-3216
Fax: (518) 533-3299
E-mail: pbuehler@bsk.com
*Attorneys for Defendant Plug Power Inc.*